IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHANA WARD                                                    PLAINTIFF

V.                                        NO. 10-5097

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration            DEFENDANT


**J U D G M E N T**

For reasons stated in the memorandum opinion of this date, the Court hereby reverses the

decision of the ALJ and remands this case to the Commissioner for further proceedings

consistent with the opinion, pursuant to sentence four of 42 U.S.C. §405(g).  **The parties have**

**sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 2nd day of May, 2011.


/s/ Erin L. Setser
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)